IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03092-BNB

WALTER L. MOORE,

     Plaintiff,

v.

COMMERCE CITY POLICE DEPARTMENT,

     Defendant.

---

## ORDER OF DISMISSAL

---

     Plaintiff, Walter L. Moore, is a prisoner in the custody of the Colorado

Department of Corrections who was incarcerated at the Fremont Correctional Facility in

Cañon City when he initiated this action *pro se*.  Mr. Moore filed a Prisoner Complaint

pursuant to 42 U.S.C. §§ 1983, 1985, and 1986, alleging that his constitutional rights

were violated when he was assaulted by a Commerce City police officer during his

arrest on October 3, 2010.  On January 27, 2012, he notified the Court that he now is

incarcerated at the Colorado State Penitentiary in Cañon City.

     On January 20, 2012, Magistrate Judge Craig B. Shaffer ordered Mr. Moore to

file within thirty days an amended complaint that sued the proper parties and asserted

the personal participation of each named defendant.  The order warned Mr. Moore that

if he failed to file an amended complaint as directed within the time allowed, the

complaint and the action would be dismissed without further notice.

     On January 27, Mr. Moore filed a notice of change of address.  However,  the

January 20 order for an amended complaint was not returned to the Court as

undeliverable.  Therefore, Mr. Moore has failed, within the time allowed, to file an amended complaint as directed in the order of January 20.  Therefore, the complaint and the action will be dismissed without prejudice for his failure to comply with the January 20 order within the time allowed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Moore files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Walter L. Moore, to file an amended complaint that complied with the order of January 20, 2012, within the time allowed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  1st  day of ____March_____, 2012.

BY THE COURT:


    s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2